# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| KEITH A. BROWN,<br><br>            Petitioner,<br><br>        v.<br><br>D. DEXTER, Warden,<br><br>            Respondent. | Case No.  EDCV 07-1306-JFW (MLG)<br><br>  ORDER ACCEPTING AND ADOPTING<br>FINDINGS AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files as well as the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition without prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: January 7, 2008

John F. Walter
United States District Judge