JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | | |
|---|---|---|
| KEITH A. BROWN, | ) | Case No. EDCV 07-1306-JFW (MLG) |
|       Petitioner, | ) | JUDGMENT |
|       v. | ) | |
| D. DEXTER, Warden, | ) | |
|       Respondent. | ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: January 7, 2008

John F. Walter
United States District Judge